160 A.3d 1291

IN THE MATTER OF DONNA M. CONROY, AN ATTORNEY AT LAW (ATTORNEY NO. 019541986)

June 6, 2017

### ORDER

**DONNA M. CONROY** of **CRANFORD,** who was admitted to the bar of this State in 1986, having pleaded guilty in the United

States District Court for the District of New Jersey to a two-count information charging her with making false entries to deceive the Federal Deposit Insurance Corporation (FDIC) and First State Bank (FSB), in violation of 18 *U.S.C.* § 1005 and 2, and to conspiracy to deceive the FDIC and FSB and to influence the FDIC, in violation of 18 *U.S.C.* § 317, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DONNA M. CONROY** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **DONNA M. CONROY** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **DONNA M. CONROY** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.